229 F.2d 437
 Israel G. HALPERT, as Trustee in Bankruptcy of the
Carburetor Corporation, Plaintiff-Appellant,
v.
ENGINE AIR SERVICE, Inc., Lawrence A. Hauft, Lena P. Hauft,
Walter S. Burfoot and May D. Burfoot, Defendants-Appellees.
 No. 187, Docket 23777.
 United States Court of Appeals Second Circuit.
 Argued Jan. 10, 1956.
Decided Jan. 23, 1956.
 
 See, also, 2 Cir., 212 F.2d 860.
 William J. Rudin, Brooklyn, N.Y. (Max Schwartz, Brooklyn, N.Y., on the brief), for plaintiff-appellant.
 Emerson A. Swartz, Garden City, N.Y. (Moore & Swartz and James G. Moore, Garden City, N.Y., on the brief), for defendants-appellees.
 Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Galston, D.C.E.D.N.Y., 131 F.Supp. 398.